**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN NWOGU,<br>Petitioner,<br>v.<br>TODD BLANCHE, *et al*.,<br>Respondents. | Case No. 5:26-cv-02867-DMK<br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition as Moot, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition is dismissed without prejudice.

DATED: September 30, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE